UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| STEPHEN BRENT HUTCHINS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>FMC LEXINGTON, )<br>)<br>Respondent. ) | Civil Action No. 5:08-393-JMH<br><br><br><br>**JUDGMENT** |

\*\*\*\*   \*\*\*\*   \*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that:

1. The petition filed pursuant to 28 U.S.C. § 2241 by Stephen Brent Hutchins against the the Federal Bureau of Prisons at FMC Lexington, Kentucky as Respondent [DE 2] is **DENIED**, and Judgment is **ENTERED** in favor of the Respondent.

2. The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

This the 7th day of October, 2008.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge